In re COUDERT BROTHERS LLP, Debtor. DEVELOPMENT SPECIAL-ISTS, INC., Respondent-Appellant; K&L GATES LLP et al., Appellants-Respondents.

Decided January 14, 2014

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

RICHARD DJEDDAH, Plaintiff, and RACHEL DJEDDAH, Appellant, v DANIEL TURK WILLIAMS, Respondent.

Submitted November 25, 2013; decided January 14, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT F. DOLL, Appellant.

Submitted December 2, 2013; decided January 14, 2014

Motion for reargument denied [*see* 21 NY3d 665 (2013)].